In the Matter of the·Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance of the State

of New York, Respondent, for an Order to Take Possession of the Property and Conduct the Business of THE UNITED STATES GRAND LODGE OF THE INDEPENDENT ORDER SONS OF BENJAMIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.